EC

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Corey Joseph Ortman<br>300 Executive Dr. S, Apt. 12<br>Newark, Ohio 43055<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:26-mj-310<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 2025 to January 2026___ in the county of ___Licking___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor, Making a Notice for Child Pornography |
| 18 U.S.C. §§ 2252, 2252A | Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI TFO Steven Grubbs, which is fully incorporated herein.

☑ Continued on the attached sheet.

TFo _____
*Complainant's signature*

FBI TFO Steven Grubbs
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 13, 2026___

City and state: ___Columbus, Ohio___

Kimberly A. Jolson
United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**In the matter of:**

|  |  |  |
|---|---|---|
|  | : |  |
| **United States of America** | : | **Case No.:** 2:26-mj-310 |
| **v.** | : |  |
| **Corey Joseph Ortman** | : |  |
| **300 Executive Dr. S, Apt. 12** | : | **Magistrate Judge:** Jolson |
| **Newark, OH 43055** | : |  |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Grubbs (Your Affiant), a Detective with the Westerville Police Department (WPD) and designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I, TFO Steven Grubbs (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U. S.C. §§ 2251, 2252, 2252A and 2422(b)- the sexual exploitation of a minor, advertisement, receipt and/or possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Corey J. **ORTMAN** committed the violations listed above.

2. I am a Police Officer with WPD and have been since 2000, and have been assigned to the Detective Bureau since 2017. I have been a TFO at the FBI Columbus Resident Agency since November 2024. I am primarily responsible for investigating child sexual exploitation and internet crimes, as well as hands on offenses of abuse involving juveniles and those with special needs.

3. As part of my duties as a Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.

4. As a TFO with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

5. On June 29, 2025, Jane Doe contacted the Polk County (Nebraska) Sheriff's Office to inform them that she had discovered sexual communications between her daughter, Minor Victim One (MV1 - DOB 01/XX/2015) and an adult male subject. At the time of the communications, MV1 was 10-years-old.

6. Law enforcement met with Jane Doe who reported that her daughter, MV1, had been sending nude images of herself to a male on Snapchat. The user ID for the suspect was noted as "cj451665" and the username being "Corey" who has since been identified as Corey **ORTMAN.**

7. Jane Doe reported she had taken MV1's phone and discovered that MV1 had sent multiple videos of her masturbating to **ORTMAN** and **ORTMAN** sent a video of himself masturbating. Jane Doe took several screen shots of the conversation that had taken place between MV1 and **ORTMAN**.

8. In a follow-up conversation with Jane Doe, law enforcement learned that on or about June 28, 2025, at approximately 0015 hours (CDT), **ORTMAN** added MV1 on Snapchat. Jane Doe stated **ORTMAN** also texted MV1 and told MV1 that if MV1 told anybody else about their communication, he would hurt MV1 and kill MV1's family. Officers obtained a consent to search MV1's cellular phone, specifically a Samsung Galaxy S21+.

9. On July 2, 2025, MV1 participated in a forensic interview at a Child Advocacy Center (CAC) in York, Nebraska. During the forensic interview, MV1 disclosed that the reason she was there was because some guy who was older than she was had told her to do things. She went on to say that the male on Snapchat showed the "downer" part of his body and that he was rubbing it. MV1 stated as he was rubbing "it," there was white stuff on his hand. MV1 said that the male said it was a cum video. MV1 then said the male wanted MV1 to send him videos of her "v." MV1 described her "v" as what she goes to the bathroom with. After she sent the nude videos and images, MV1 said that the male told her that he would "come after her" and "kill her."

10. On November 5, 2025, a search warrant for the Snapchat accounts belonging to MV1 and **ORTMAN** was obtained. Return results for **ORTMAN**'s account listed an IP address of 74.140.111.40, which resolved back to Charter Communications (Spectrum). Legal process for subscriber information for the Charter account was then generated and return results listed the subscriber as Corey **ORTMAN** at a service address of 300 Executive Drive S., Apartment 12, Newark, Ohio 43055. Records also identified **ORTMAN**'s phone number for the account as (740) 739-2547 and a listed email address of coreyortman@yahoo.com.

11. On December 31, 2025, Nebraska officials contacted the Newark (OH) Division of Police about the **ORTMAN** investigation. Further investigation by Newark revealed **ORTMAN**, DOB: 08/08/1998, had an Ohio driver's license which listed his residence as 300 Executive Dr. S, Apt. 12, Newark, Ohio 43055. The telephone number (740) 739-2547 was also linked to **ORTMAN** as well.

12. Newark law enforcement also reviewed the media files that were preserved and provided by Snapchat. Within **ORTMAN**'s Snapchat account, videos depicting MV1 were identified in which MV1 was exposing her nude vagina and masturbating. In addition, several other videos and images sent to **ORTMAN** by other suspected minor females were also identified. In these files, the suspected minors were in various states of nudity and/or engaging in acts of masturbation.

13. Further review of **ORTMAN**'s Snapchat revealed a registered e-mail address for the account listed as cjortman@gmail.com. The returns also noted that on or about June 29, 2025 at 03:09:10 UTC, **ORTMAN** changed his Snapchat display name from "Corey" to "Cj".

14. A review of the Samsung cellular phone belonging to MV1 revealed a Snapchat conversation where Jane Doe confronted **ORTMAN** and sent him a message stating "you are being reported to the police you sick pos my daughter is 10 years old! 10! They will track you down just so you know have fun in jail" [sic]. Law enforcement noted that after this message was sent to **ORTMAN**, he saved two videos from the Snap conversation and changed the chats to "Delete Immediately."

15. On January 23, 2026, Newark law enforcement obtained a state search warrant for **ORTMAN**'s residence, vehicle, and person. The FBI participated in the execution of this search warrant and your affiant was one of the agents who was present.

16. During the briefing with Newark detectives and FBI agents, **ORTMAN** was observed leaving his residence. A traffic stop was then conducted on **ORTMAN** and the search warrant was executed on his vehicle and residence. A black iPhone 13 was located in his vehicle and seized as evidence. A rose-colored iPhone attributed to **ORTMAN** was also seized from his residence pursuant to the search warrant.

17. Your affiant conducted a post-*Miranda* interview with **ORTMAN** on January 23, 2026. During the interview, **ORTMAN** confirmed his phone number was (740) 739-2547 and his email address was coreyortman@yahoo.com. **ORTMAN** admitted that he uses Snapchat and has since he was 16 years old and that often added lots of random people on Snapchat because he was "lonely." **ORTMAN** confirmed the iPhone 13 seized during the search warrant was his and that no one else used it. **ORTMAN** confirmed no one else would know anything about what was on his phone and stated his sexual preference is underage girls, preferably around 16 years old, and content depicting them masturbating.

18. **ORTMAN** admitted that getting children to send him sexual images and videos made him "feel like he could dominate and control them" and that he had content depicting juvenile females on his phone. He confirmed he masturbated to this content as well.

19. Your affiant took custody of the two iPhones seized during the search warrant and, pursuant to separate search warrants, had them forensically extracted so the contents of the phones could be reviewed.

20. A forensic review of **ORTMAN**'s iPhone 13 revealed the Snapchat account on that device as "cj451665" and the username is "Cj." Your affiant noted that MV1's Snapchat account was listed as a Snapchat contact and the interaction status shows it as blocked. Over fifty video or image files were recovered which generally depicted a close-up view of a female's vagina, and the female depicted in the content often utilizing their hand or an object to masturbate with.

21. A forensic review of **ORTMAN**'s iPhone 11 revealed the phone stopped receiving data March 26, 2025. Approximately 77 images from Snapchat were flagged by your affiant, one of which depicted an adult male anally penetrating a female child with his erect penis. The file was created on 2/27/2025 at 03:51:24 AM (UTC-5).

22. Your affiant further reviewed the screenshots Jane Doe admitted to taking of the Snapchat conversation between **ORTMAN** and MV1 which she had located on MV1's Samsung phone. The screenshots recorded the following communication between **ORTMAN** and MV1:

| | |
|---|---|
| **ORTMAN:** | **who owns you** |
| MV1: | No one |
| MV1: | You |
| **ORTMAN:** | **I do that's right** |
| **ORTMAN:** | **How old are u btw** |
| MV1: | 10 turning11 |
| **ORTMAN:** | **U ok with me being older** |
| **ORTMAN:** | **If u are finger ur pussy send me video** |
| MV1: | I cant now my couson is here that snitchrs [sic] |

A second screenshot of the conversation is as follows:

| | |
|---|---|
| MV1: | OK |
| **ORTMAN:** | **How it feel baby** |
| MV1: | Good |
| **ORTMAN:** | **have u ever cumed?** |
| MV1: | No |
| **ORTMAN:** | **Do u have a hairbrush near u** |
| MV1: | Why |
| **ORTMAN:** | **I want u put it inside u** |
| MV1: | No |

23. Based upon the above information, your affiant submits that there is probable cause to believe that Corey J. **ORTMAN** has committed offenses in violation 18 U. S.C. §§ 2251, 2252, 2252A and 2422(b)- the sexual exploitation of a minor, advertisement, receipt and/or possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Steven Grubbs
TFO
Federal Bureau of Investigation

Subscribed and sworn to before me on May ___13___, 2026

Kimberly A. Jolson
United States Magistrate Judge